**Electronically Filed
Supreme Court
SCWC-15-0000449
02-MAR-2017
02:57 PM**

SCWC-15-0000449

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CHRISTINA DOO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000449; CASE NO. 1DTA-15-01061)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Christina Doo's

application for writ of certiorari filed on January 19, 2017, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 2, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

